

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

August 1, 2022

Hon. J. Paul Oetken
United States District Court
500 Pearl Street
New York, NY 10007-1312

**VIA ECF**

Re:   *Britton v. Bronx Parent Housing Network, et al.*
      Docket No. 21 Civ. 7079 (JPO)
      File No. 210158

Dear Judge Oetken:

    We represent the Bronx Parent Housing Network ("BPHN") in the above-referenced employment discrimination matter. I write to advise the Court that the Bronx Parent Housing Network Defendants (The Bronx Parent Housing Network and Victor Rivera) have agreed to settle this case as to them. The settlement does not include Defendant City of New York, against whom the case will continue.

    The parties will circulate and sign a settlement agreement embodying the terms of the settlement.

    Thank you for your consideration of this matter.

Very truly yours,

SOKOLOFF STERN LLP

Brian S. Sokoloff

BSS/--

SOKOLOFF STERN LLP

Hon. J. Paul Oetken
August 1, 2022
Page 2 of 2

cc:     All parties

**BY ECF**