**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THERESA BRITTON,

                             Plaintiff,

      -against-

THE BRONX PARENT HOUSING NETWORK, INC.,
VICTOR RIVERA, and THE CITY OF NEW YORK,

                             Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Docket No. 21 Civ. 7079 (JPO)

**IT IS STIPULATED AND AGREED,** between the undersigned that, while no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action is hereby discontinued against The Bronx Parent Housing Network, Inc., Victor Rivera, Candia Richards Clarke, and Mario Palumbo ("BPHN Defendants") in its entirety, with prejudice, and without costs or attorneys' fees to any party as against another.

Dated: Carle Place, New York
       September 1, 2022

MARTIN DRUYAN AND ASSOCIATES
*Attorneys for Plaintiff*

By: _____
Martin Druyan
450 Seventh Avenue, Suite 3700
New York, NY 10123
(212) 279-5577

SOKOLOFF STERN LLP
*Attorneys for BPHN Defendants*

By: _____
Brian S. Sokoloff
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 210058

-8-

KAUFMAN BORGEEST & RYAN, LLP
*Attorneys for Victor Rivera*

By: _____
Joan Gilbride
120 Broadway, 14th Floor
New York, NY 10271
(212) 980-9600


SO-ORDERED:

September 12, 2022

_____
J. PAUL OETKEN
United States District Judge